AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

 SEALED

for the

Southern District of West Virginia


FILED

JUN - 1 2021

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Abdul Osumanu | ) | Case No.   3:21-cr-00071-1 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                              Abdul Osumanu                              ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

REC'D USMS CHARLESTON , WV
APR 29 2021 AM 8:54

Mail fraud (2 counts); wire fraud; money laundering conspiracy; receipt of stolen money

Date:     04/28/2021                          *Rory L. Perry II* /ts
                                               *Issuing officer's signature*

City and state:    Charleston, WV             Rory L. Perry II
                                               *Printed name and title*

| Return | | |
|---|---|---|
| This warrant was received on *(date)*   04.28.21   , and the person was arrested on *(date)*   05.27.21 | | |
| at *(city and state)*   Omaha, NE   . | | |
| Date:   06.01.21 | *Arresting officer's signature* | |
| | Terry S. Holbrook    Special Agent | |
| | *Printed name and title* | |