IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

UNITED STATES OF AMERICA

v.   Case No.: 3:21-cr-00071-01

ABDUL OSUMANU

## WAIVER OF RIGHT TO BE PRESENT
## AT HEARINGS ON MOTIONS PRIOR TO TRIAL

I hereby waive my right to be present at the hearing and/or argument on any and all motions prior to the actual commencement of the trial of my criminal case now pending in this Court.

I have been advised of my right to be present and understand that I may be present at the hearing and/or argument on any and all motions if I desire to do so.

Defendant: _____

Witness: _____

Date: 06/05/21