IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 3:21-cr-00071-01

ABDUL OSUMANU

## WAIVER OF PRESENCE AT ARRAIGNMENT
### (Rule 10(b), Fed. R. Crim. P.)

I, Abdul Osumanu, having been charged by Indictment pending in this District, affirm that I have received a copy of the Indictment, that I enter a Not Guilty Plea to each count of the Indictment, including any forfeiture provision, in which I am named, and that I waive/give up my right to be present at the arraignment.

Defendant: _____

Counsel for Defendant: _____

Date: 06/04/21

This Waiver is accepted.

_____
Cheryl A. Eifert
United States Magistrate Judge