# Courtroom Minute Entry

**Room:** Huntington  
**Caption:** USA v. Abdul Osumanu  
**Case No.:** 3:21-cr-00071-1  
**Judge:** Cheryl A. Eifert  
**Type:** Criminal

**Started:** 6/8/2021 1:29:31 PM  
**Ends:** 6/8/2021 1:34:25 PM  **Length:** 00:04:55

Judge: Cheryl A. Eifert  
Courtroom Deputy: Heidi Liebegott Guerra  
Law Clerk: Tessa Adkins  
AUSA: Kathleen Robeson  
Probation Officer: Lilla Adkins  
FPD: David Bungard

| Time | Event |
|---|---|
| **1:29:40 PM** | ARRAIGNMENT |
| **1:30:48 PM** | Called case, noted appearances of counsel |
| **1:31:08 PM** | Judge: Cheryl A. Eifert |
| **1:31:10 PM** | Defendant waived his right to be present |
| **1:31:21 PM** | Enters a plea of not guilty to charge(s) contained in the indictment on behalf of the defendant |
| **1:32:29 PM** | Explained the mandatory consular notification; directed that notification should be signed and submitted to the Clerk |
| **1:32:39 PM** | Directed the AUSA to produce evidence pursuant to Brady v. Maryland; AUSA acknowledged |
| **1:33:23 PM** | Stated district judge assignment, and dates for trial and pretrial motions hearing |
| **1:33:35 PM** | Defendant previously waived the right to be present at the pretrial motions hearing |
| **1:33:40 PM** | Parties have elected the standard discovery; pretrial motions, voir dire and witness list dates given |
| **1:33:57 PM** | Probation Officer: Lilla Adkins |
| **1:33:58 PM** | Addressed the Court |
| **1:34:06 PM** | Judge: Cheryl A. Eifert |
| **1:34:17 PM** | Hearing Adjourned |