# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF WEST VIRGINIA

## HUNTINGTON DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL ACTION NO.   3:21-00071

ABDUL OSUMANU
BANABAS GANIDEKAM

**ORDER**

Pending is Defendant Abdul Osumanu's unopposed Motion to Continue Trial and All Case Related Action. ECF No. 44. Defendant's counsel requests additional time to review voluminous data, consult with the Government to identify the specific data that pertains to Mr. Osumanu, consult with the defendant, and investigate to determine what pretrial motions, if any, need to be filed. The requested delay is not attributable to lack of diligent preparation, failure to obtain evidence or witnesses, or congestion of the Court's calendar.

Believing that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, the Court **GRANTS** a brief continuance of the trial date as to Defendant Osumanu. Defendant Osumanu is joined for trial with co-defendant Banabas Ganidekam. The Court also continues the trial date as to Defendant Ganidekam pursuant to 18 U.S.C. § 3161(h)(6). Trial will begin on **November 30, 2021,** at **8:30 a.m.** in Huntington. Proposed voir dire, jury instructions, and witness lists are now due on **November 18, 2021**. All pretrial motions will now be due no later than **November 1, 2021**. The pretrial motions hearing will now be held on **November 15, 2021,** at **1:30 p.m.** in Huntington**.** The Court **FINDS** that the time between August 17, 2021, and November 30, 2021, is excludable from

the computation of time within which trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(6) and (7)(A).

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel and the defendant, the United States Attorney's Office, the United States Probation Office, and the United States Marshals Service.

ENTER: July 20, 2021

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE