IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

UNITED STATES OF AMERICA

v.                                        CRIMINAL ACTION NO.   3:21-00071-01

ABDUL OSUMANU

**ORDER**

Pending is the unopposed Motion of the United States to Continue. ECF No. 64. The United States requests additional time to prepare a pretrial diversion request and to have the request evaluated by the probation officer. The requested delay is not attributable to lack of diligent preparation, failure to obtain evidence or witnesses, or congestion of the Court's calendar.

Believing that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, the Court **GRANTS** a brief continuance of the trial date. Trial will begin on **June 14, 2022,** at **8:30 a.m.** in **Huntington**. Proposed voir dire, jury instructions, and witness lists are now due on **June 7, 2022**. All pretrial motions will now be due no later than **May 23, 2022**. The pretrial motions hearing will now be held on **June 6, 2022, at 4:00 p.m.** in **Huntington.** The Court **FINDS** that the time between May 3, 2022, and June 14, 2022, is excludable from the computation of time within which trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(2), 3161(h)(7)(A), and 3161(h)(7)(B)(iv).

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel and the defendant, the United States Attorney's Office, the United States Probation Office, and the United States Marshals Service.

ENTER:      April 13, 2022

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE